**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:        Bradley Garrett v. The State of Texas

Appellate case number:   01-16-00162-CR

Trial court case number:  1432872

Trial court:                       180th District Court of Harris County

On May 8, 2017, appellant moved for an extension of time to file a pro se response to counsel's *Anders* brief. Appellant alleged that his counsel filed an *Anders* brief on September 28, 2016, and he requested an extension of time to file a pro se response until June 30, 2017.

Appellate counsel did not file an *Anders* brief in this case. Instead, counsel filed a brief on the merits on September 28, 2016. A panel of this Court considered appellant's appeal and issued an opinion affirming appellant's conviction on March 30, 2017. Appellate counsel did not file a motion for rehearing.

Appellant's request for an extension of time to file a pro se *Anders* response is therefore **denied**. We note, however, that appellant first filed this motion in the Court of Criminal Appeals, which then forwarded this motion to this Court. Appellant also filed a motion for an extension of time to file a Petition for Discretionary Review with the Court of Criminal Appeals. On May 5, 2017, in cause number PD-0427-17, the Court of Criminal Appeals granted that motion and extended appellant's deadline to file a Petition for Discretionary Review with that court until June 30, 2017, with no further extensions.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                              ☒ Acting individually      ☐ Acting for the Court

Date:  May 16, 2017